1  Jeff E. Scott (S.B.N. 126308)
   scottj@gtlaw.com
2  Jordan D. Grotzinger (S.B.N. 190166)
   grotzingerj@gtlaw.com
3  GREENBERG TRAURIG LLP
   2450 Colorado Avenue, Suite 400E
4  Santa Monica, CA 90404
   Telephone: 310-586-7700
5  Facsimile: 310-586-7800

6  Mark Holscher (S.B.N. 139582)
   mark.holscher@kirkland.com
7  Diana Torres (S.B.N. 162284)
   diana.torres@kirkland.com
8  Martin R. Boles (S.B.N. 124159)
   martin.boles@kirkland.com
9  KIRKLAND & ELLIS LLP
   777 South Figueroa Street, Suite 3700
10 Los Angeles, California 90017
   Telephone: 213-680-8400
11 Facsimile: 213-680-8500

12 Attorneys for Defendant and Counterclaimant
   LIFELOCK, INC.
13

14            UNITED STATES DISTRICT COURT

15            CENTRAL DISTRICT OF CALIFORNIA

16            SOUTHERN DIVISION – SANTA ANA

17 EXPERIAN INFORMATION           ) Case No.: SA-CV-08-00165 AG (MLG)
   SOLUTIONS, INC., a corporation, )
18                                 ) DECLARATION OF THOMAS
                                   ) STONE, EXECUTIVE DIRECTOR,
19         Plaintiff,              ) FBI-LEEDA, IN SUPPORT OF
                                   ) DEFENDANT LIFELOCK, INC.'S
20 v.                              ) MOTION FOR RECONSIDERATION
   LIFELOCK, INC., a corporation; and )
21 DOES 1 through 10, inclusive,   ) Date: July 13, 2009
                                   ) Time: 10:00 a.m.
22         Defendant.              ) Before: Hon. Andrew J. Guilford
23                                 )
                                   )
24 _____     )

25

26

27

28

DECLARATION OF TOM STONE IN SUPPORT OF LIFELOCK'S MOTION
FOR RECONSIDERATION

I, Tom Stone, declare and state as follows:

1. I am the Executive Director of FBI Law Enforcement Executive Development Association, Inc. ("FBI-LEEDA, Inc."). I was a police officer for approximately 35 years and have served in various law enforcement positions in multiple states. I served as chief of police in Virginia and Pennsylvania for approximately 21 years.

2. FBI-LEEDA, Inc. is a not-for-profit 501(c)(3) corporation without authority to issue capital stock. FBI-LEEDA, Inc. is a private organization and is not part of the Federal Bureau of Investigation ("FBI") or acting on the FBI's behalf.

3. I have also been a LifeLock subscriber for the past three years.

4. I offered to submit this declaration in support of LifeLock's Motion for Reconsideration because I want to convey to the Court the value that LifeLock's services—including its submission of fraud alert requests on behalf of its subscribers—provides to law enforcement in its efforts to prevent crime. In my opinion current resources and law enforcement methods are not adequate to keep up with the rampant identity theft occurring today and the services provided by corporations such as LifeLock are critical to combating this serious problem.

5. FBI-LEEDA, Inc.'s mission is to advance the science and art of police leadership and management by developing and providing information and training programs to law enforcement executives. Today, the majority of the members of FBI-LEEDA, Inc. are chief executive officers of law enforcement agencies, directors and commissioners of public safety, and elected sheriffs throughout the United States and in numerous foreign countries.

6. In addition to FBI-LEEDA, Inc.'s mission of leadership and management training excellence, it strives to provide information to its members that will enhance their ability to maintain an outstanding quality of life for the communities they serve.

7. FBI-LEEDA, Inc. depends in part on corporate partnerships for funding and it is selective about who it allows to become its corporate partner. FBI-LEEDA,

**DECLARATION OF TOM STONE IN SUPPORT OF LIFELOCK'S MOTION FOR RECONSIDERATION**

Inc. ensures that its partners have a genuine interest in providing a substantial benefit to law enforcement.

8. LifeLock first became a corporate partner of FBI-LEEDA, Inc. three years ago. At that time, LifeLock committed to a low-level of sponsorship, and it did not renew its partnership. Last year, however, LifeLock expressed interest in renewing its work with law enforcement by sponsoring and conducting educational workshops with FBI-LEEDA, Inc. At that time, I met with representatives of LifeLock to discuss LifeLock's potential partnership with FBI-LEEDA, Inc. and was convinced that LifeLock's interest in helping law enforcement was genuine, and that the services it could provide would be of substantial benefit to law enforcement. As a result of our discussions, LifeLock became a premier corporate partner of FBI-LEEDA, Inc. and committed to sponsoring FBI-LEEDA, Inc. in the amount of $25,000 per year for three years. LifeLock has also donated approximately $5,000 to support other networking opportunities for FBI-LEEDA, Inc.

9. In the fall of 2008, LifeLock became a co-sponsor in conducting identity theft educational summits for law enforcement. I have attended as FBI-LEEDA, Inc.'s representative on several occasions.

10. At these summits, LifeLock representatives, as well as a speaker chosen by FBI-LEEDA, Inc., educate law enforcement about many aspects of identity theft. We insist that LifeLock's summits are not infomercials or sales pitches. In fact, at these summits, LifeLock, FBI-LEEDA, Inc., and the law enforcement instructors educate attendees about many different ways of reducing identity theft—including fraud alerts, that consumers can request fraud alerts and take many other actions themselves for free, and that there are several companies besides LifeLock that can provide these services for a fee.

11. LifeLock's summits have been successful. Each summit has approximately 120 attendees. FBI-LEEDA, Inc. has received requests from law enforcement organizations throughout the country to put on this identity theft

1  summits. I believe that these summits are extremely beneficial to those who attend.

2      12. Based upon my years of experience in law enforcement, I can say that any layer of identity theft protection that people take advantage of, no matter who the provider is, decreases their chances of becoming victims of identity theft. Seeking these protections—whether directly from the consumer reporting agencies or through services such as LifeLock—enhances law enforcement's ability to protect people from identity theft. When fraud alerts are placed with the consumer reporting agencies, creditors are required to take reasonable steps to verify the individual's identity before opening any new lines of credit, issuing new cards, or increasing credit limits. These extra protections make it more difficult for identity theft to occur. Companies that request fraud alerts for consumers are providing a service that is truly adding value.

    13. I make this declaration in my capacity as the Executive Director of FBI-LEEDA, Inc., and because I believe the foregoing to be true. I do not speak on behalf of the FBI. FBI-LEEDA, Inc. is a private organization and is not part of the Federal Bureau of Investigation ("FBI") or acting on the FBI's behalf.

    I declare, under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

    Executed this 17 day of June, 2009, at Boca Raton, Florida.

By: _____
Tom Stone

-3-
**DECLARATION OF TOM STONE IN SUPPORT OF LIFELOCK'S MOTION FOR RECONSIDERATION**