

# 2009 Consumer Identity Protection Services Scorecard:

## Competition Intensifies as Vendors Aggressively Expand Offerings

**May 2009**



4301 Hacienda Drive, Pleasanton, CA 94588 USA   •   +1 925 225 9100 t   •   +1 925.225.9101 f   •   www.javelinstrategy.com

**2009 Consumer Identity Protection Services Scorecard:**

Competition Intensifies as Vendors Aggressively Expand Offerings

# Table of Contents

Overview ......................................................................................................................................................... 4
Primary Questions........................................................................................................................................... 4
Findings and Analysis ..................................................................................................................................... 4
Vendor Scorecard ........................................................................................................................................... 5
Methodology.................................................................................................................................................... 5
ID Protection Services Market Sizing.............................................................................................................. 6
Top Six Trends to Watch in ID Protection Services........................................................................................ 8
Recommendations ........................................................................................................................................ 11
       Consumers................................................................................................................................ 11
       Vendors..................................................................................................................................... 11
       Financial Institutions ................................................................................................................ 12
Consumer Cost for New Accounts Fraud Shifts From Consumer to Industry in 2008 ................................ 13
    Fraudulent New Credit Card Accounts Increase Over 2007 Levels ................................................. 15
Identity Fraud and Consumer Fraud Protection Services: A Review .......................................................... 16
    Consumers Rate Fraud Alerts as Most Effective in ID Theft Protection.......................................... 18
       Should Identity Protection Service Vendors Consider Including Anti-Virus Protection? ................... 19
    Personal Information and Credit Monitoring Users Rank Most Satisfied......................................... 20
Case in Point – No Solution is 100% Guaranteed to Stop Identity Fraud ................................................... 22
Identity Protection Services Overview ......................................................................................................... 24
    Fraud Alerts Subscriptions: Vendor Overview ................................................................................. 24
    Hybrid Services Vendor Overview .................................................................................................... 25
    Personal Information Monitoring: Vendor Overview ......................................................................... 26
    Resolution-Oriented Services: Vendor Overview ............................................................................. 27
    Child Identity Fraud Protection.......................................................................................................... 28
ID Protection Services Scorecard ................................................................................................................ 30
    Guide to the Ratings ......................................................................................................................... 30
    Personal Information Services Monitoring Now Widely Offered Among Vendors.......................... 31
    Fraud Alert Hybrid Services Providers are covering More Ground With Comprehensive Protection ........... 33
    Credit Monitoring Services Continue to Dominate FIs' ID Protection Offerings ............................. 35
Appendix ....................................................................................................................................................... 36
Related Research ......................................................................................................................................... 43
Companies Mentioned ................................................................................................................................. 45

© Copyright 2009 Javelin Strategy & Research.  All rights reserved. This report is licensed for use by Javelin Subscribers **only.** It is protected by copyright and other intellectual property laws. You may display or print the content available for your use only. You may not sell, publish, distribute, re-transmit or otherwise provide access to the content of this report.

**2**

**2009 Consumer Identity Protection Services Scorecard:**
Competition Intensifies as Vendors Aggressively Expand Offerings

## Table of Figures

**Figure 1:** Consumer Adoption: With Crossover ...................................................................................6
**Figure 2:** Millions of U.S. Adult Users: With Crossover .......................................................................6
**Figure 3:** Millions of U.S. Adult Users: Decoupled From Credit Monitoring.........................................7
**Figure 4:**  Identity Theft Victimization Rates .....................................................................................10
**Figure 5:** Comparisons of Incidence Rates and Average Fraud Amounts, 2007 to 2008 .................14
**Figure 6:** New Accounts Fraud Types...............................................................................................15
**Figure 7:** Definitions of ID Theft, ID Fraud, and Consumer Fraud Protection Solutions....................17
**Figure 8:** Consumer Perceptions of Effectiveness, by Product Type ................................................18
**Figure 9:** Consumer Ranking of Service Effectiveness Including Anti-Virus ....................................19
**Figure 10:** User Satisfaction Ratings, by Product Type......................................................................20
**Figure 11:** Consumer Satisfaction Ranking for Identity Protection Services .....................................21
**Figure 12:** Percentage of Fraud Victims Victimized While Enrolled in an ID Protection Service........23
**Figure 13:** Fraud Alerts Subscriptions: Vendor Overview..................................................................24
**Figure 14:** Hybrid Services: Vendor Overview ..................................................................................25
**Figure 15:** Personal Information Monitoring Services........................................................................26
**Figure 16:** MyTruston Features...........................................................................................................27
**Figure 17:** Screenshot of Experian Family Secure .............................................................................28
**Figure 18:** Vendors of Child Identity Fraud Protection Services..........................................................29
**Figure 19:** Product Category: Personal Information Monitoring Services Ratings ............................32
**Figure 20:** Product Category: Fraud Alert Hybrid Services Ratings ..................................................34
**Figure 21:** Product Category: Credit Monitoring Branded as ID Theft Protection Service Ratings ............35
**Figure 22:** Identity Protection Services Vendors: Overall Comparison...............................................36
**Figure 23:** Actions Taken as a Result of Identity Fraud Victimization ................................................37
**Figure 24:** Victims' Most Frequently Breached Personally Identifying Information.............................38
**Figure 25:** Victims' Rate of Medical Identity Theft .............................................................................39
**Figure 26:** How Consumers Last Viewed Their Credit Reports..........................................................40
**Figure 27:** Victims' Interactions to Resolve Identity Fraud..................................................................41
**Figure 28:** Consumer Security Preferences........................................................................................42

© Copyright 2009 Javelin Strategy & Research.  All rights reserved. This report is licensed for use by Javelin Subscribers **only.** It is protected by copyright and other intellectual property laws. You may display or print the content available for your use only. You may not sell, publish, distribute, re-transmit or otherwise provide access to the content of this report.



**2009 Consumer Identity Protection Services Scorecard:**
Competition Intensifies as Vendors Aggressively Expand Offerings

| | |
|---|---|
| **Audience:** | Identity protection services vendors, financial institutions (FIs), consumer organizations |
| **Authors:** | Rachel Kim, Analyst |
| **Contributors:** | James Van Dyke, President and Founder<br>Mary Monahan, Partner and Senior Analyst |
| **Editor:** | Levi Sumagaysay |
| **Publication Date:** | May 2009 |

## *Overview*

In December 2007, Javelin released a comprehensive industry research report introducing the identity fraud protection services space, which had just begun to see tremendous expansion, development and curiosity from other institutions with a vested interest in consumer security. This year's report provides an update to this rapidly growing market, covering the latest trends in identity protection services, new accounts fraud, and consumer perceptions regarding the wide variety of protection products available. Aside from highlighting consumer satisfaction levels and effectiveness ratings of the primary categories of services (credit monitoring, fraud alerts, personal information monitoring and credit freezes), the report also provides detailed coverage of vendor-specific solutions, as well as a scorecard that examines the features and benefits of the wide variety of products currently available. The vendor analysis of over 20 service offerings includes several returning players, as well as some newer companies and firms that had not been addressed previously. Companies evaluated include Affinion Security Center, Debix, Experian, EZShield, FraudStop, Identity Force, Identity Guard, Identity Secure, Identity Sweep, IdentityTruth, IDWatchDog, Intelius, Intersections, LifeLock, TrustedID, Truston, and financial institutions with their own branded ID theft protection products, among several others. Actionable recommendations are directed toward vendors, financial institutions and consumers.

## *Primary Questions*

- What key changes have occurred in this rapidly shifting market landscape of consumer fraud protection solutions?
- To what extent are consumers being impacted by new accounts fraud, which identity protection services are designed to protect?
- How does the usage of ID protection services break down among U.S. adults, by service category?
- Which services do consumers perceive as being the most effective in protection, and how do fraud incidence rates differ for consumers who subscribe to ID protection services compared with those who do not?
- Which vendors have managed to sustain a leading edge over their competitors?

## *Key Findings*

Consumers are continuing to adopt identity protection services, with the millions of users increasing year over year. With identity fraud on the rise, continued adoption shows that security-concerned consumers are interested in protecting their financial resources in an uncertain economy. Industry players have come and gone over the past couple of years, with those companies with the strongest brand presence, user-friendly product, and best value securing a permanent share of the market. As vendors try to differentiate themselves, many identity protection products have been revamped, repackaged, and considerably augmented in terms of features. Javelin believes that the market for ID protection services will continue to be lucrative, but providers can guarantee further success and credibility by truthfully demonstrating the effectiveness and value of their product, and by emphasizing features that have superior resolution capabilities and interaction with the user.

© Copyright 2009 Javelin Strategy & Research.  All rights reserved. This report is licensed for use by Javelin Subscribers **only.** It is protected by copyright and other intellectual property laws. You may display or print the content available for your use only. You may not sell, publish, distribute, re-transmit or otherwise provide access to the content of this report.

**4**

**2009 Consumer Identity Protection Services Scorecard:**
Competition Intensifies as Vendors Aggressively Expand Offerings

## *Vendor Scorecard*

This year, Javelin evaluated a number of ID protection services vendors in its first annual scorecard. Results of the scorecard revealed the following winners:

**Personal Information Monitoring Services**
Best in class: Identity Guard Total Protection by Intersections
**Fraud Alert Hybrid Services Ratings**
Best in class: Identity Force
**Credit Monitoring Services**
Best in class: ID Patrol by Equifax

## *Methodology*

This report contains data collected online from several Javelin surveys that targeted respondents based on representative proportions of gender, age and income compared to the overall U.S. online population:

- A random-sample panel of 2,714 respondents in March 2008. The overall margin of sampling error is ±1.88 percentage points at the 95% confidence level.

- A random-sample panel of 2,339 respondents in September 2008. The overall margin of sampling error is ±2.03 percentage points at the 95% confidence level.

- This report is also based on data collected through a telephone survey of 4,784 respondents in October 2008. Overall margin of sampling error is ±.81 percentage points at the 95% confidence level.

This report was also based on Web site reviews and mystery-shop phone calls with customer service representatives, with each vendor being covered by a minimum of three reviews by three different associates. Answers were weighted and then subtotaled per section. Ratings were assigned based on the total overall weighted scores obtained by the vendors. The total points available for services equaled 13, for resolution equaled 8 and for support 8. Two points were subtracted if the business was not BBB-accredited.

© Copyright 2009 Javelin Strategy & Research.  All rights reserved. This report is licensed for use by Javelin Subscribers **only.** It is protected by copyright and other intellectual property laws. You may display or print the content available for your use only. You may not sell, publish, distribute, re-transmit or otherwise provide access to the content of this report.

**2009 Consumer Identity Protection Services Scorecard:**
Competition Intensifies as Vendors Aggressively Expand Offerings



Figure 12: Percentage of Consumers Victimized While Enrolled in an ID Protection Service

- Fraud victims not enrolled in fraud protection services: **10.6%**
- Credit monitoring subscription: **2.7%**
- Identity theft insurance: **2.2%**
- Fraud alerts subscription (such as LifeLock or Debix): **1.4%**
- Security freezes on your credit report: **2.0%**
- Transaction alerts on your credit or debit card sent to your e-mail or mobile phone: **2.5%**
- Personal information monitoring (such as Identity Guard): **1.7%**

Q41: Has anyone misused any existing accounts (such as a credit or debit card, bank or utility account) of you or a family member...In other words, have you (or a family member) ever been a victim of identity theft? by Q47: At the time your information was misused, were you enrolled in any of the following identity fraud protection services or features? (fraud victims only)

September 2008, n = 2339
Base: All respondents
© 2009 Javelin Strategy & Reserch

© Copyright 2009 Javelin Strategy & Research. All rights reserved. This report is licensed for use by Javelin Subscribers **only.** It is protected by copyright and other intellectual property laws. You may display or print the content available for your use only. You may not sell, publish, distribute, re-transmit or otherwise provide access to the content of this report.

**2009 Consumer Identity Protection Services Scorecard:**
Competition Intensifies as Vendors Aggressively Expand Offerings

| Companies Mentioned | | | |
|---|---|---|---|
| | Affinion Security Center | | Identity Guard |
| | Bank of America | | Identity Secure |
| | Better Business Bureau | | Identity Sweep |
| | Chase | | Identity Theft Resource Center |
| | Citibank | | IdentityTruth |
| | Debix | | IDWatchDog |
| | Discover | | Intelius |
| | Equifax | | Intersections |
| | Experian | | LifeLock |
| | EZShield | | Transunion |
| | FamilySecure.com | | TrustedID |
| | FraudStop | | Truston |
| | Identity Force | | Wells Fargo |

© Copyright 2009 Javelin Strategy & Research. All rights reserved. This report is licensed for use by Javelin Subscribers **only.** It is protected by copyright and other intellectual property laws. You may display or print the content available for your use only. You may not sell, publish, distribute, re-transmit or otherwise provide access to the content of this report.