# PLEADING MATERIALS REVIEWED BY TODD J. ZYWICKI

- Second Amended Complaint, Experian Information Solutions, Inc. (June 18, 2008).

- Order Denying Defendant's Motion To Dismiss (August 4, 2008).

- Experian Information Solutions, Inc.'s Notice ff Motion and Motion for Partial Summary Judgment (Nov. 10, 2008).

- Experian Information Solutions, Inc.'s Memorandum of Points and Authorities In Support of Its Motion for Partial Summary Judgment (Nov. 10, 2008).

- Experian Information Solutions, Inc.'s [Proposed] Statement of Uncontroverted Facts and Conclusions of Law (Nov. 10, 2008).

- Declaration of Matthew A. Berliner In Support of Experian Information Solutions, Inc.'s Motion for Partial Summary Judgment (Nov. 10, 2008).

- Declaration of Tim Puckett In Support of Experian Information Solutions, Inc.'s Motion for Partial Summary Judgment (Nov. 10, 2008).

- Declaration of Ben Spalding In Support of Experian Information Solutions, Inc.'s Motion For Partial Summary Judgment (Nov. 10, 2008).

- Experian Information Solutions, Inc.'s Request for Judicial Notice In Support of It's Motion for Partial Summary Judgment (Nov. 10 2008).

- Declaration of Jordan D. Grotzinger In Opposition To Motion For Partial Summary Judgment (Nov. 24, 2008).

- Memorandum of Points and Authorities In Opposition To Motion For Partial Summary Judgment (Dec. 8, 2008).

- Request for Judicial Notice In Opposition To Motion For Partial Summary Judgment (Dec. 8 2008).

- Statement of Genuine Issues (Dec. 8, 2008).

- Declaration of Andrew Wyant In Opposition To Motion For Partial Summary Judgment (Dec. 8, 2008).

- Experian Information Solutions, Inc.'s Response to LifeLock, Inc.'s Statement of Genuine Issues (Dec. 15, 2008).

- Civil Minutes (January 12, 2009).

- Order Granting Motion For Partial Summary Judgment (May 19, 2009).