Mark Holscher (S.B.N. 139582)
mark.holscher@kirkland.com
Diana Torres (S.B.N. 162284)
diana.torres@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3700
Los Angeles, California  90017
Telephone:   213-680-8400
Facsimile:    213-680-8500

Jeff E. Scott (S.B.N. 126308)
scottj@gtlaw.com
Jordan D. Grotzinger (S.B.N. 190166)
grotzingerj@gtlaw.com
GREENBERG TRAURIG, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant and Counterclaimant
LIFELOCK, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| EXPERIAN INFORMATION SOLUTIONS, INC., a corporation,<br><br>             Plaintiff,<br><br>vs.<br><br>LIFELOCK, INC., a corporation; and DOES 1 through 10, inclusive,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No.: SA-CV-08-00165 AG (MLGx)<br><br>**DECLARATION OF JORDAN D. GROTZINGER IN SUPPORT OF DEFENDANT LIFELOCK, INC.'S MOTION FOR RECONSIDERATION**<br><br>Date: July 13, 2009<br>Time: 10:00 a.m.<br>Before: Hon. Andrew J. Guilford |

**DECLARATION OF JORDAN D. GROTZINGER IN SUPPORT OF
DEFENDANT LIFELOCK, INC.'S MOTION FOR RECONSIDERATION**

I, Jordan D. Grotzinger, hereby declare as follows:

1. I am a member in good standing of the State Bar of California and of the United States District Court for the Central District of California. I am a Shareholder at Greenberg Traurig, LLP and counsel of record for Defendant LifeLock, Inc. I submit this declaration in conjunction with LifeLock, Inc.'s Motion for Reconsideration.

2. I am familiar with the records in this case and have personal knowledge of the facts stated in this declaration. Based on that knowledge, I can testify competently to the facts set forth herein if called upon to do so.

3. On or about November 10, 2008, more than nine months before the close of discovery, Experian moved for summary judgment on its California unfair competition claim. As of the date of its filing, Experian had provided no discovery.

4. On or about November 24, 2008, Experian transmitted via email its first document production to LifeLock, which contained eighteen pages of documents. Experian also transmitted its initial Responses to LifeLock's First set of Interrogatories Nos. 1-12. Attached hereto as **Exhibit A** is a true and correct copy of an email from Cyrus Ameri of Jones Day to Jordan Grotzinger attaching EIS-000001-000018 and Experian's Responses to LifeLock's First Set of Interrogatories Nos. 1-12.

5. On or about November 25, 2008, Experian produced a second small production of documents and responded to LifeLock Interrogatory No.13. By November 25, 2008, LifeLock had thus received a total of 217 documents from Experian and responses to its first set of interrogatories. Attached hereto as **Exhibit B** is a true and correct copy of an email from Matthew Berliner of Jones Day to Jordan Grotzinger attaching Experian's Confidential Response to LifeLock's First Set of Interrogatories No 13. and documents EIS-000019-000217.

6. On or about December 8, 2008, LifeLock submitted its Opposition to

-1-
**DECLARATION OF JORDAN D. GROTZINGER IN SUPPORT OF DEFENDANT LIFELOCK, INC.'S MOTION FOR RECONSIDERATION**

1  Experian's Motion for Partial Summary Judgment. (Dkt. No. 77.)

2      7.    On or about December 15, 2008 Experian replied to LifeLock's Opposition to Experian's Motion for Partial Summary Judgment. (Dkt. No. 82.) On that same day, Experian produced another approximately 39 pages of documents. Attached hereto as **Exhibit C** is a true and correct copy of a December 15, 2008, email from Matthew Berliner to Jordan Grotzinger.

    8.    On January 9, 2009, LifeLock deposed Experian pursuant to a notice of deposition under Rule 30(b)(6) of the Federal Rules of Civil Procedure. Experian designated Tim Puckett, Manager of Fraud and Security for Experian's National Consumer Assistance Center ("NCAC"), to testify on its behalf. Friday, January 9, 2009, was the business day prior to the oral argument on Experian's motion for partial summary judgment.

    9.    On January 9, 2009, the Court issued a [Tentative] Order denying Experian's motion for partial summary judgment. On January 12, 2009, the Court heard oral argument on Experian's Motion for Partial Summary Judgment. Attached hereto as **Exhibit D** is a true and correct copy of this Court's [Tentative] Order Denying Experian's Motion for Partial Summary Judgment. Attached hereto as **Exhibit E** is a true and correct copy of the transcript from the January 12, 2009, oral argument.

    10.    On March 27, 2009, Experian produced approximately 194,010 pages of documents, bearing Bates numbers EIS-046644 - EIS-243388. Notably, Experian's March document production contained numerous gaps and documents EIS-000258 - EIS-046643 do not exist. In addition, Experian has recalled many documents from this production on the grounds of privilege, asserting that it had inadvertently produced them. Attached hereto as **Exhibit F** is a true and correct copy of a March 26, 2009 letter from Nola D. Wood of Jones Day to Kristine K. Campbell of Greenberg Traurig, LLP.

-2-
**DECLARATION OF JORDAN D. GROTZINGER IN SUPPORT OF DEFENDANT LIFELOCK, INC.'S MOTION FOR RECONSIDERATION**

1 |     I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of June, 2009, at Los Angeles, California.

*/s/ Jordan D. Grotzinger*

Jordan D. Grotzinger

-3-

**DECLARATION OF JORDAN D. GROTZINGER IN SUPPORT OF DEFENDANT LIFELOCK, INC.'S MOTION FOR RECONSIDERATION**